## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Hector Ortiz Jimenez, being duly sworn, do hereby make the following statement:

## BACKGROUND

1. That I am employed as a Deportation Officer (DO) with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I have been employed with ICE since November 2025. I have attended the Detention and Removal Operations Basic Law Enforcement Training provided by the Federal Law Enforcement Training Center in Glynco, Georgia. I am currently assigned to the Miami Field Office, and I am stationed at the San Juan, Puerto Rico sub-office. I have nine (9) months of training and experience in the criminal and civil enforcement of the immigration and naturalization laws of the United States. Part of my duties as an ICE officer require me to identify, locate, apprehend, and remove noncitizens who are in violation of the Immigration and Nationality Act (INA). Furthermore, as an ICE Officer, I am assigned to conduct investigations of criminal violations of the immigration laws of the United States, including violations of Title 8 and Title 18 of the United States Code, and to ensure the removal of those noncitizens that have been found to be in the United States in violation of the immigration laws.

2. I make this affidavit based on my own personal knowledge and on oral and written reports by other federal, state, and/or local law enforcement agents and officers that have investigated this matter. This affidavit does not contain all the information derived from this investigation only that which is sufficient to demonstrate probable cause to believe that a crime has been committed.

3. This Affidavit is made in support of a Criminal Complaint seeking the issuance of an arrest warrant against Felix Antonio CRISOTOMO-Javier (CRISOTOMO-Javier) for a violation of Title 8, United States Code, § 1326(a)(1) & (b)(1), that is, the reentry into the United States by a noncitizen after having been deported or removed from the United States, without having first obtained the consent of the Attorney General or the Secretary for United States Department of Homeland Security, to reapply for admission into the United States and subsequent to a conviction for a felony.

## INVESTIGATION

4. On or about August 13, 2026, Immigration and Customs Enforcement-Enforcement and Removal Operations, Deportation Officers assigned to the Fugitive Operations Program attempted to conduct a consensual encounter on a Subject who was standing at 525 Calle del Pilar in San Juan, Puerto Rico. When Deportation Officers approached the Subject and identified themselves as Immigration Officers, he immediately took off running and incident to arrest, Subject assaulted an Officer by shoving the Officer away. Deportation Officers once again identified themselves and asked the Subject for his country of birth which he answered The Dominican

Republic. Officers also asked if he had any documentation to be legally present in the United States. The Subject claimed he had no documents. At that time the Subject was arrested without incident.

5. Once at the ICE-ERO Office in Guaynabo, Puerto Rico, CRISOTOMO-Javier fingerprints were taken and entered in a law enforcement database which was an exact match to Felix Antonio CRISOTOMO-Javier who has the following immigration and criminal history:

6. On or about October 12, 2011, CRISOSTOMO-Javier was arrested or encountered in the Caribbean waters by the FBI Legal Attach and assigned FBI# 632568RD7, the literal charge was from the Coast Guard Puerto Rico charging the subject with "traveling illegally."

7. On or about August 19, 2019, CRISOTOMO-Javier was encountered by the United States Immigration Customs Enforcement at the Bronx Central Booking, New York. And was issued a Notice to Appear (Form I-862). CRISOTOMO-Javier absconded and became an ICE Fugitive.

8. On or about September 23, 2021, CRISOTOMO-Javier was encountered and arrested by Immigration & Customs Enforcement (ICE), Philadelphia Special Agent in Charge (SAC), Office of Homeland Security Investigations (HSI), Border Enforcement Security Taskforce (BEST) Seaport Group, and the Philadelphia Police Department, Intensive Drug Investigation Squad for Narcotics Trafficking and Firearms in the United States and criminally charged under Title 18 Section 907A Possessing Instrument of Crime, Title 18 Section 6105A1 Person Not To

Possess/Use Firearm, Title 35 Section 780-113A30 Possess with Intent to Deliver (Fentanyl), Title 35 Section 780-113A16 Knowingly Possessing Controlled Substance, and Title 35 Section 780-113A32 Possessing Drug Paraphernalia. On or about May 19, 2022, CRISOTOMO-Javier was convicted of Title 35 Section 780-113A30 of the PA Consolidated Statute Possession with Intent to Deliver Controlled Substance and sentenced to 9 to 23months confinement and 3 years of probation. CRISOTOMO-Javier was granted immediate parole.

9. On or about May 24, 2022, CRISOTOMO-Javier was issued and served with an Administrative Deportation Order (I-851). On July 05, 2022, CRISOTOMO-Javier was removed from the United States.

10. On or about August 17, 2022, CRISOTOMO-Javier, was arrested by United States Ramey Sector Border Patrol Agents (BPAs) attempting to illegally re-enter the United States. CRISOTOMO-Javier was processed as an Expedited Removal (I-860).

11. On or about August 17, 2022, CRISOTOMO-Javier was criminally charged in the District of Puerto Rico for a violation to Title 8, United States Code, Section 1326(a) and (b)(1) (Re-entry of Removed Alien Subsequent to an Aggravated Felony Conviction) (Case number 3:22-cr-00376-RAM). On or about December 15, 2022, CRISOTOMO-Javier pled guilty before the United States District Court for the District of Puerto Rico and was sentenced to time served and Three (3) years of supervised release.

12. On or about May 5, 2023, CRISOTOMO-Javier was removed from the United States to the Dominican Republic.

13. On or about December 01, 2023, CRISOTOMO-Javier was encountered near Cabo Rojo, Puerto Rico by United States Ramey Sector Border Patrol Agents (BPAs). CRISOTOMO-Javier was processed as an Expedited Removal (I-860).

14. On or about December 19, 2023, CRISOTOMO-Javier was removed from the United States to the Dominican Republic.

15. Based on my training, experience, discussions with other law enforcement officers, participation in this and other investigations, and based on the facts revealed in this investigation, I declare that the foregoing is true and correct to the best of my knowledge and the information obtained in furtherance of this investigation and that based on the same, there is probable cause to believe that CRISOSTOMO-JAVIER has violated Title 8, United States Code, Section 1326(a)(1) & (b)(1).

_____
Hector Ortiz Jimenez
Deportation Officer
U.S. Immigration and Customs Enforcement
Enforcement and Removal Operations


Sworn in accordance with the requirements of FRCP 4.1 at __12:37 pм__ by telephone, this 14th day of August 2026, in San Juan, Puerto Rico.

_____
Honorable Hector Ramos Vega
United States Magistrate Judge